**Order entered April 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00817-CV

**DAYDRICK NORRIS, Appellant**

**V.**

**TRANS AM SFE II LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02790-D**

## ORDER

Before the Court is appellant's April 23, 2019 motion. The motion appears to request an additional thirty days to file an amended brief that complies with the rules of appellate procedure.

We **GRANT** the request and **ORDER** the brief be filed no later than May 28, 2019.

/s/    KEN MOLBERG
        JUSTICE